# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0229.  IN THE INTEREST OF W. P., A CHILD (MOTHER).**

In January 2019, the juvenile court entered an order terminating the mother's parental rights to her minor child, W. P.  The mother, through her attorney, filed a motion for new trial, asserting, among other things, that she was provided with ineffective assistance of counsel at the termination hearing.  On August 20, 2019, the trial court denied the mother's motion for new trial.  The mother then filed this application for discretionary appeal on December 17, 2019.  We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992).  This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-34 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Here, the mother filed her application 119 days after entry of the termination order.  In her application, the mother acknowledges that her application was not filed within 30 days of the order denying the motion for new trial, but contends that the juvenile court did not appoint counsel to represent her on appeal until November 13, 2019.  However, this does not excuse the mother's failure to follow the statutory deadlines, which are jurisdictional. The mother's application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

The mother is informed that a juvenile court may grant an out-of-time application if the parent's appellate due process rights were frustrated by ineffective assistance of counsel.  See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d

416) (2016).  This determination must be made by the juvenile court in the first instance.  Id.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   01/15/2020*
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *, Clerk.*